[No. 27547-0-I.   Division One.   August 10, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. MIGUEL VASQUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-04617-2, Anne L. Ellington, J., entered January 7, 1991. *Dismissed* by unpublished per curiam opinion.

[No. 27985-8-I.   Division One.   August 10, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. M.W., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-8-05115-5, Susan R. Agid, J., entered October 31, 1990. *Affirmed* by unpublished opinion per Baker, J., concurred in by Forrest and Kennedy, JJ.

[No. 27169-5-I.   Division One.   August 10, 1992.]

MARJORIE A. GIORDANO, *Appellant*, v. RUSSEL W. NEWMAN, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 88-2-10185-0, Michael J. Fox, J., entered August 23, 1990. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Webster, A.C.J., and Baker, J.

[No. 27451-1-I.   Division One.   August 10, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK RICHARD NISHIMURA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-04542-7, Frank L. Sullivan, J., entered December 7, 1990. *Dismissed* by unpublished per curiam opinion.